UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VICTOR KEEYLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-02824-JPH-DML |
| | ) |
| GARY RIGGS Detective, | ) |
| CITY OF INDIANAPOLIS/STATE OF | ) |
| INDIANA, | ) |
| METRO DRUG TASK FORCE, | ) |
| MARION COUNTY SHERIFF'S DEPT. | ) |
| MCSD, | ) |
| ANDRE STRONG Confidential Informant, | ) |
| | ) |
| Defendants. | ) |

**ORDER DISMISSING CASE**

On October 2, 2019, the Court screened Plaintiff Victor Keeylen's complaint under 28 U.S.C. § 1915A and ordered Mr. Keeylen to show cause by November 8, 2019 why his 42 U.S.C. § 1983 claims should not be dismissed as barred by statute of limitations and why the Court should not decline to exercise jurisdiction over his defamation claim. Dkt. 9. Mr. Keeylen moved for a thirty-day extension, dkt. 11, which the Court granted, dkt. 12. On December 6, 2019, Mr. Keeylen moved for a second, ninety-day extension. Dkt. 14. The Court granted that motion to the extent that it gave Mr. Keeylen until January 21, 2020 to respond. Dkt. 15.

Mr. Keeylan has not responded by that extended deadline. Mr. Keeylen's § 1983 claims are therefore **DISMISSED with prejudice** and the Court

1

relinquishes jurisdiction over his defamation claim. Final judgment shall issue by separate entry.

**SO ORDERED.**

Date: 1/29/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

VICTOR KEEYLEN
950970
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064